Tony SMITH et al., Plaintiffs-Appellees,

v.

UNITED STATES of America,
Defendant-Appellant.

No. 75–1609.

United States Court of Appeals,
Fifth Circuit.

Feb. 6, 1978.

Before COLEMAN, GODBOLD and
HILL, Circuit Judges.

BY THE COURT:

In light of the United States Supreme
Court's judgment entered on December 5,
1977, —— U.S. ——, 98 S.Ct. 600, 54
L.Ed.2d 473 [vacating 543 F.2d 1155], the
petition of taxpayers for the award of at-
torneys' fees is DENIED, and this cause is
hereby REMANDED to the United States
District Court for the Northern District of
Mississippi with directions to enter judg-
ment for the United States.